IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRACY MORTON, on behalf of Herself ) <br> and All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE VANDERBILT UNIVERSITY, ) <br> ) <br> Defendant. ) | Civil Action No. 3:13-CV-01012 <br><br> Judge Campbell <br> Magistrate Judge Griffin |

### MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED ON BEHALF OF THE DEFENDANT, THE VANDERBILT UNIVERSITY

Pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendant The Vanderbilt University moves the Court to dismiss the claim filed against it on the grounds that the Amended Complaint fails to state a claim against it upon which relief can be granted and it is entitled to judgment as a matter of law. Alternatively, Defendant moves the Court to limit discovery in this case in the initial phase to the limited issue of whether employees of the Defendant who received notice on September 17, 2013 of their layoff to be effective on or after November 16, 2013 were "terminated" or suffered an "employment loss" on the earlier date, which is an essential fact to support Plaintiff's claim under the Worker Notification & Retraining Notification ("WARN") Act. A Memorandum of Law in support of this Motion is filed herewith.

Dated this 1st day of November, 2013.

Respectfully submitted,

s/ William N. Ozier
William N. Ozier (BPR# 003409)
Michael S. Moschel (BPR # 016826)
150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
Phone: (615) 742-6200
Facsimile: (615) 742-2732
bozier@bassberry.com
mmoschel@bassberry.com

John C. Callison (BPR# 3546)
Senior Deputy General Counsel
2100 West End Avenue
Suite 750
Nashville, TN 37203
Phone: (615) 322-8613
Facsimile: (615) 343-0488
john.callison@vanderbilt.edu

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished via the Court's electronic filing system to the following, on this 1st day of November, 2013:

George Edward Barrett
Jerry E. Martin
David W. Garrison
Scott P. Tift
BARRETT JOHNSTON LLC
217 Second Avenue, N
Nashville, TN 37201

s/ William N. Ozier
William N. Ozier

12405267.1

12405267.1