UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRACY MORTON, et al. | ) | |
| | ) | |
| v. | ) | NO. 3:13-1012 |
| | ) | JUDGE CAMPBELL |
| VANDERBILT UNIVERSITY | ) | |

ORDER

I hereby recuse myself from this case. The basis for the recusal is that I recently began receiving on-going medical care from Vanderbilt University Medical Center, which will continue for an undetermined amount of time.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE