UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY MORTON, on behalf of Herself ) | |
| and All Others Similarly Situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 3:13-01012 |
| v. ) | Judge Sharp |
| ) | |
| THE VANDERBILT UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket No. 49) is ACCEPTED and APPROVED.

(2) Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Docket No. 17) is DENIED.

(3) Plaintiff's Motion For Class Certification (Docket No. 21) is GRANTED.

(4) The Court DESIGNATES Tracy Morton as Class Representative, APPOINTS Barrett Johnston, LLC as Class Counsel, and CERTIFIES the following class:

> All former employees of Vanderbilt University whose employment at the Vanderbilt University Medical Center was terminated by Vanderbilt University beginning on or around June 19, 2013, and continuing until on or around September 17, 2013, who either:
>
> (1) received a letter from Vanderbilt University substantially similar to the letter Tracy Morton received from Vanderbilt University Medical Center, dated July 1, 2013; or
>
> (2) were terminated in whole or in part in response to the "significant

1

challenges facing the health care industry" and/or the "financial challenges" as was referenced in the letter Tracy Morton received from Vanderbilt University Medical Center, dated July 1, 2013, and who did not receive 60 days' advance written notice of their termination.

(5) This case is returned to Magistrate Judge Griffin for further case management, including overseeing class notification.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE