# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TRACY MORTON, On behalf of HERSELF and All Others Similarly Situated, | CLASS ACTION |
| | CIVIL ACTION |
| Plaintiff, | |
| | CASE NO. 3:13-cv-1012 |
| v. | |
| | JUDGE SHARP |
| VANDERBILT UNIVERSITY, | MAGISTRATE JUDGE GRIFFIN |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiff Tracy Morton, on her own behalf and in her capacity as the Court-appointed Class Representative, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 23 for an Order preliminarily approving the contemporaneously-filed Release and Settlement Agreement dated January 29, 2015 (the "Agreement"); approving the form and manner of notice to the Class; and scheduling a final hearing date.

This motion is based upon the accompanying Plaintiff's Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, the Agreement and its exhibits, the papers and filings on record in this matter, and such additional evidence or argument as may be presented at the final hearing.

A proposed order preliminarily approving the Agreement and providing for notice is attached as an exhibit to this motion.

Dated: January 30, 2015

Respectfully submitted,

/s/ Jerry E. Martin
**JERRY E. MARTIN (No. 20193)**

DAVID W. GARRISON (No. 24968)
SCOTT P. TIFT (No. 27592)
JOSHUA A. FRANK (No. 33294)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
jfrank@barrettjohnston.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Plaintiff's Unopposed Motion for Preliminary Approval of Settlement* has been served on the following via the Court's ECF filing system on January 30, 2015:

John C. Callison
Vanderbilt University
2100 West End Avenue
Suite 750
Nashville, TN 37203
Email Address: john.callison@vanderbilt.edu

William N. Ozier
Michael S. Moschel
Bass Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Email Address: bozier@bassberry.com
Email Address: mmoschel@bassberry.com

/s/ Jerry E. Martin
JERRY E. MARTIN
BARRETT JOHNSTON
   MARTIN & GARRISON, LLC

2