IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY MORTON, on behalf of Herself and All Others Similarly Situated | ) ) ) |
| v. | ) No. 3-13-1012 ) ) |
| THE VANDERBILT UNIVERSITY | ) ) |

O R D E R

Pending before the Court are the plaintiff's unopposed motion for preliminary approval of settlement (Docket Entry No. 73), and the defendant's motion for summary judgment (Docket Entry No. 77).

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp, Chief Judge, for his consideration of the plaintiff's unopposed motion for preliminary approval of settlement (Docket Entry No. 73), and prefatory to the hearing scheduled, by order entered December 30, 2014 (Docket Entry No. 71), on March 23, 2015, for oral argument on the defendant's motion for summary judgment and accompanying memorandum (Docket Entry Nos. 77-78), the plaintiff's response (Docket Entry No. 79), and any reply, if necessary, to be filed by February 27, 2015, and a final hearing to approve the settlement to be held on March 23, 2015, or another date.

It appears that, assuming the settlement is approved, there will be no need for any further involvement of the Magistrate Judge in this case.

Therefore, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge