UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY MORTON, on behalf of Herself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) ) v. ) ) THE VANDERBILT UNIVERSITY, ) ) Defendant. ) | No. 3:13-01012 Judge Sharp |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) Defendant's Motion for Summary Judgment (Docket No. 77) is hereby DENIED;

(2) Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (Docket No. 73) is hereby GRANTED, but the Court will withhold entry of the proposed Order until after any appeal has been completed, or the time for appeal has expired; and

(3) In accordance with Rule 54(b) of the Federal Rules of Civil Procedure, the Court (a) FINDS that there is no just reason for delaying appellate review of Plaintiff's claim that an "employment loss" under the WARN Act occurred on or around September 17, 2013, and (b) DIRECTS the Clerk to ENTER A FINAL JUDGMENT in favor of Plaintiff favor on that claim.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE